**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7314**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ELAN CHRISTOPHER LEWIS, a/k/a Jamal Xavier Harris,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   John A. Gibney, Jr., District Judge.  (3:94-cr-00094-JAG-1)

Submitted:  December 16, 2014      Decided:  December 19, 2014

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Elan Christopher Lewis, Appellant Pro Se.  David Thomas Maguire, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elan Christopher Lewis appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Lewis, No. 3:94-cr-00094-JAG-1 (E.D. Va. filed Aug. 20, 2014; entered Aug. 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED